UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| MICHAEL MINTZ, | Case No. 15-cv-00542 |
| Plaintiff, | **NOTICE OF VOLUNTARY** |
| v. | **DISMISSAL PURSUANT TO** |
| CONVERGENT OUTSOURCING, INC., | **F.R.C.P. 41(a)(1)(A)(i)** |
| Defendant. | |

------------------------------------------------------------x

Pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Michael Mintz and his counsel hereby gives notice that he voluntarily dismisses his claim against the defendant without prejudice.

Dated:  March 16, 2015

Edward B. Geller, Esq., P.C. by

*/s/ Edward B. Geller*

Edward B. Geller, Esq.

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on the 16th day of March 2015, I caused a true and correct copy of the foregoing document to be served in accordance with the Federal Rules of Civil Procedure and/or the Eastern District's Local Rules; and/or the Eastern District's Rules on Electronic Service, upon the following parties and participants:

        Convergent Outsourcing, Inc.

        800 SE 39th Street

        Renton, WA  98057-9004

        Edward B. Geller, Esq., P.C. by

        _____

        Edward B. Geller